CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Trinidad Vega, Jr.**<br>DOB:1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**10-6399M** |
| Complaint for violation of Title 18 | United States Code §554 |

FILED LODGED COPY
MAY 24 2010

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 22, 2010, at or near Douglas, in the District of Arizona, **Trinidad Vega, Jr.,** knowingly attempted to export from the United States any merchandise, article, or object: to wit, one Romanian made 7.63x39 mm AK-47 style rifle, serial number 1982ZP2012; and 20 rounds 7.63x39 mm ammunition; contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 22, 2010, United States Customs and Border Protection (CBP) officers conducting outbound inspections at the Douglas, Arizona, Port of Entry, encountered **Trinidad Vega, Jr.**, walking from the United States toward the Republic of Mexico. Officers noticed an abnormal bulge under **Vega**'s clothing, and discovered that **Vega** had a firearm; that is, a Romanian made 7.63x39 mm AK-47 style rifle, serial number 1982ZP2012, strapped to his body. **Vega** also had an AK-47 magazine loaded with 20 rounds 7.63x39 mm ammunition concealed in his sock. **Vega** stated that he purchased the firearm earlier that day in ~~Tucson~~ TOMBSTONE, Arizona, and that he intended to sell it to an individual in Mexico who had requested that **Vega** purchase an AK-47 rifle for him.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUSA Angela W. Woolridge<br>*/s/ Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>(official title) *[signature]* ICE SA |
|---|---|
| | OFFICIAL TITLE<br>**ICE Special Agent** |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>May 24, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5