DENNIS K. BURKE
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
angela.woolridge@usdoj.gov
Attorneys for Plaintiff

CR10-1318TUC JMR/DTF

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Trinidad Vega, Jr.,<br><br>　　　　　　　Defendant. | **INDICTMENT**<br><br>Violation:<br><br>18 USC §554(a)<br><br>(Attempted Unlawful Export) |

THE GRAND JURY CHARGES:

On or about May 22, 2010, at or near Douglas, in the District of Arizona, TRINIDAD VEGA, JR., knowingly attempted to export from the United States any merchandise, article, or object: to wit; one Romanian made 7.63x39 mm AK-47 style rifle, serial number 1982ZP2012; and 20 rounds 7.63x39 mm ammunition; contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

A TRUE BILL

/s/ [REDACTED]

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/ Angela W. Woolridge

Assistant U.S. Attorney

JUN 09 2010

**REDACTED FOR PUBLIC DISCLOSURE**